[No. 44818-1-II.   Division Two.   July 29, 2014.]

RICHARD COLF, *Appellant*, v. CLARK COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 12-2-03672-5, David E. Gregerson, J., entered April 18, 2013. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Bjorgen, A.C.J., and Lee, J.

[No. 31281-0-III.   Division Three.   July 31, 2014.]

THE STATE OF WASHINGTON, *Appellant*, v. JOSE JAVIER PERALTA MARTINEZ, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-01858-5,. Richard H. Bartheld, J., entered October 19, 2012. *Reversed* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Brown, A.C.J., and Fearing, J.

[No. 31683-1-III.   Division Three.   July 31, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. SIMEON GEORGE OWENS, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-01273-7, Vic L. VanderSchoor, J., entered May 15, 2013. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 70134-7-I.   Division One.   August 4, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD D. PETERS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 08-1-02803-2, Joseph P. Wilson, J., entered March 27, 2013. *Affirmed* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Trickey, JJ.